IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA J. McKEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO. 06-936-WDS |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 28, 2006.**

s/ WILLIAM D. STIEHL
DISTRICT JUDGE


Case reassigned to United States District Judge David R. Herndon. All future pleadings shall bear Case No. 06-936-DRH.